**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY LOMBARD,**

**Plaintiff,**

**vs.**                                        Case No. 6:17-CV-01952-GAP-DCI

**ANOTHER SOUTHERN HOLDING COMPANY, LLC,**

**Defendant.**

**_____/**

**PLAINTIFF'S MOTION FOR EVIDENTIARY HEARING ON DEFAULT DAMAGES**

Comes now Plaintiff, Roy Lombard, by and through undersigned Counsel; and, pursuant to this Court's Order [Dkt. 34], moves for an evidentiary hearing on damages.

1. On March 11, 2019, this Court adopted the Magistrate's Report and Recommendation, which included the entry of a default judgment for liability. The Order also directed Plaintiff to file a Motion for an evidentiary hearing on damages. This is that Motion.

2. In his Complaint, Mr. lOmbard requests compensatory and punitive damages for the denial of rental housing for Mr. Lombard and his service dog, Sarge, whose services were necessitated by Mr. Lombard's injuries caused by an RPG explosion while he was on combat duty in Afghanistan. The compensatory damages demanded by Mr. Lombard include pain and suffering damages, specifically including the exacerbation of Plaintiff's PTSD, anxiety, and insomnia; emotional distress and mental anguish damages, including Mr. Lombard's feelings of betrayal, fear, anger, and other distress and anguish; economic damages, including the

resultant forfeiture of his service dog.  Mr. Lombard also seeks exemplary/punitive damages for nine times the amount of compensatory damages for the glaringly intentional and malicious denial of Mr. Lombard's rights.

    2.   In the hearing, Plaintiff intends to adduce evidence of his pain and suffering through the testimony of himself and the testimony of his Veteran's Administration therapist.  Mr. Lombard's testimony will also establish his economic damages and the basis for the punitive/exemplary damages.  All together, the testimony of both witnesses combined is expected to last no more than three hours.

## Conclusion

Plaintiff respectfully requests that this Court grant an evidentiary hearing on Plaintiff's damages.

## Certificate of Conference

No conference was conducted regarding this Motion because neither Defendant nor anyone on behalf of Defendant has appeared in this case.

## Certificate of Service

I certify that on this 15th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. This document also will be mailed to Defendant.

Respectfully submitted by:
s/ Mark E. Tietig
Mark E. Tietig, Trial Counsel
Fla. Bar No. 105465
Tietig & Tietig, P.A.
6065 South Tropical Trail
Merritt Island, FL 32952
(321) 452-9944
Facsimile: (321) 452-6960
mt@tietig.com
Attorney for Plaintiff Roy Lombard