UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROY LOMBARD,

    Plaintiff,

v.                                                        Case No: 6:17-cv-1952-Orl-31DCI

ANOTHER SOUTHERN HOLDING
COMPANY, LLC,

    Defendant.

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/2/19 | 4/2/19 | | | VA benefits decision letter |