**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROY LOMBARD,

        Plaintiff,

v.                                          Case No:   6:17-cv-1952-Orl-31DCI

ANOTHER SOUTHERN HOLDING
COMPANY, LLC,

        Defendant.

## ORDER

This cause comes before the Court on the Motion to Quash Service of Process and Set Aside Final Default Judgments (Doc. 49) filed August 6, 2019.

On September 11, 2019, the United States Magistrate Judge issued a report (Doc. 56) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Quash Service of Process and Set Aside Final Default Judgments is **GRANTED**. Service on Defendant is hereby **QUASHED** and the Judgment entered at Doc. 47 is **VACATED** as void pursuant to Rule 60(b)(4).

3. Plaintiff is granted leave to serve Defendant by October 25, 2019.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 26, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party